UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. _____

*FILED ELECTRONICALLY*

**LONNIE MICHAEL RATLIFF**  **PLAINTIFF**

**v.**

**LOWE'S HOME IMPROVEMENT, LLC**
**LOWE'S HOME CENTERS, LLC, and**
**JAMES LITTLE**  **DEFENDANTS**

**CORPORATE DISCLOSURE STATEMENT**

The Defendants, Lowe's Home Improvement, LLC, and Lowe's Home Centers, LLC, by counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state as follows:

1. Lowe's Home Improvement, LLC is a wholly-owned subsidiary of Lowe's Home Centers, LLC.

2. Lowe's Home Centers, LLC is a wholly-owned subsidiary of Lowe's Companies, Inc.

3. Lowe's Companies, Inc. is a publicly held company that owns more than 10% of the stock of Lowe's Home Centers, LLC.

Respectfully submitted,

/s/ Elizabeth S. Muyskens
Richard G. Griffith
Elizabeth S. Muyskens
STOLL KEENON OGDEN PLLC
300 West Vine Street - Suite 2100
Lexington, KY  40507-1801
Telephone:  (859) 231-3000
Fax:  (859) 253-1093
Email:  richard.griffith@skofirm.com
elizabeth.muyskens@skofirm.com

COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true copy of the foregoing CORPORATE DISCLOSURE STATEMENT by email and regular U.S. mail, postage prepaid, this 21st day of May, 2020, upon the following:

Jonah L. Stevens, Esq.
Destiny S. Hamilton, Esq.
Hamilton & Stevens, PLLC
P.O. Box 1286
Pikeville, KY  41502
hamiltonstevens@hamiltonstevenslaw.com
destiny@hamiltonstevenslaw.com
COUNSEL FOR PLAINTIFF

/s/ Elizabeth S. Muyskens
COUNSEL FOR DEFENDANT

011447.166904/8221780.1