UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:20-CV-68-REW

LONNIE MICHAEL RATLIFF,                                                                PLAINTIFF,

V.                                                **ORDER**

LOWE'S HOME IMPROVEMENT,
LLC, *et al.*,                                                                                        DEFENDANTS.

*** *** *** ***

Upon review and consideration,

IT IS ORDERED that the undersigned recuses from involvement in this matter, and that the case shall be reassigned to United States Magistrate Judge Candace Smith in accordance with General Order 18-22.

Signed May 27, 2020.

