UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO.  7:20-CV-00068-REW-CJS

*FILED ELECTRONICALLY*

**LONNIE MICHAEL RATLIFF**                                                                                  **PLAINTIFF**

v.

**LOWE'S HOME IMPROVEMENT, LLC**
**LOWE'S HOME CENTERS, LLC, and**
**JAMES LITTLE**                                                                                                            **DEFENDANTS**

**MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION
TO DISMISS**

The Defendants, Lowe's Home Improvement, LLC ("Lowe's Home Improvement"), Lowe's Home Centers, LLC ("Lowe's Home Centers"), and James Little ("Mr. Little") (hereinafter collectively, the "Defendants"), by counsel, and pursuant to the Court's Standing Case Management and Referral Order, respectfully request the Court to stay discovery pending resolution of the Motion to Dismiss filed on behalf of Lowe's Home Improvement, LLC and James Little (DN 8).  Grounds in support of this Motion are set forth in the memorandum that is filed contemporaneously herewith.

Respectfully submitted,

/s/ Elizabeth S. Muyskens
Richard G. Griffith
Elizabeth S. Muyskens
STOLL KEENON OGDEN PLLC
300 West Vine Street - Suite 2100
Lexington, KY  40507-1801
Telephone:  (859) 231-3000
Fax:  (859) 253-1093
Email:  richard.griffith@skofirm.com
        elizabeth.muyskens@skofirm.com

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 28th day of May, 2020, I electronically filed the foregoing MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS with the Clerk of Court using the CM/ECF system, which will send email notification to the following:

Jonah L. Stevens, Esq.
Destiny S. Hamilton, Esq.
Hamilton & Stevens, PLLC
P.O. Box 1286
Pikeville, KY  41502
hamiltonstevens@hamiltonstevenslaw.com
destiny@hamiltonstevenslaw.com
COUNSEL FOR PLAINTIFF

                                          /s/ Elizabeth S. Muyskens
                                          COUNSEL FOR DEFENDANT

011447.166904/8233520.1