# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### PIKEVILLE DIVISION
### CIVIL ACTION NO. 7:20-CV-00068-REW-CJS

*FILED ELECTRONICALLY*

**LONNIE MICHAEL RATLIFF**                                                                                          **PLAINTIFF**

**v.**

**LOWE'S HOME IMPROVEMENT, LLC**
**LOWE'S HOME CENTERS, LLC, and**
**JAMES LITTLE**                                                                                                              **DEFENDANTS**

## MEMORANDUM IN SUPPORT OF MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS

The Defendants, Lowe's Home Centers, LLC ("Lowe's Home Centers"), Lowe's Home Improvement, LLC ("Lowe's Home Improvement"), and James Little ("Mr. Little") (hereinafter collectively, the "Defendants"), by counsel, submit the following brief in support of their Motion to Stay Discovery Pending Resolution of Motion to Dismiss.

In response to Plaintiff's Complaint, Lowe's Home Centers served an Answer (DN 7), while Lowe's Home Improvement and Mr. Little served a Motion to Dismiss (DN 8). In the Motion to Dismiss, Lowe's Home Improvement and Mr. Little move the Court to dismiss with prejudice all claims asserted against them in the Complaint. The Motion to Dismiss is presently pending before this Court. Because the Motion to Dismiss seeks to dismiss all claims against two of the three Defendants in this action, it is in the interests of judicial economy, as well as in the interests of conserving the parties' resources, to stay discovery until resolution of the pending Motion to Dismiss. A brief stay of discovery will not prejudice Plaintiff because discovery has not yet commenced and Plaintiff has not expressed any need to expedite this matter.

For the foregoing reasons, the Defendants respectfully request that the Court stay discovery pending resolution of the Motion to Dismiss filed by Lowe's Home Improvement and Mr. Little.

    Respectfully submitted,

/s/ Elizabeth S. Muyskens
Richard G. Griffith
Elizabeth S. Muyskens
STOLL KEENON OGDEN PLLC
300 West Vine Street - Suite 2100
Lexington, KY  40507-1801
Telephone:  (859) 231-3000
Fax:  (859) 253-1093
Email:  richard.griffith@skofirm.com
       elizabeth.muyskens@skofirm.com

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

  I hereby certify that, on this 28th day of May, 2020, I electronically filed the foregoing MEMORANDUM IN SUPPORT OF MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS with the Clerk of Court using the CM/ECF system, which will send email notification to the following:

Jonah L. Stevens, Esq.
Destiny S. Hamilton, Esq.
Hamilton & Stevens, PLLC
P.O. Box 1286
Pikeville, KY  41502
hamiltonstevens@hamiltonstevenslaw.com
destiny@hamiltonstevenslaw.com
COUNSEL FOR PLAINTIFF

                /s/ Elizabeth S. Muyskens
                COUNSEL FOR DEFENDANT

011447.166904/8233528.1