**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**
**CIVIL ACTION NO. 7:20-CV-00068-REW-CJS**

***FILED ELECTRONICALLY***

**LONNIE MICHAEL RATLIFF**                                                                                   **PLAINTIFF**

**v.**

**LOWE'S HOME IMPROVEMENT, LLC,**
**LOWE'S HOME CENTERS, LLC, and**
**JAMES LITTLE**                                                                                               **DEFENDANTS**

------

**ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**
**PENDING RESOLUTION OF  MOTION TO DISMISS**

------

Upon the Motion of the Defendants, Lowe's Home Improvement, LLC, Lowe's Home Centers, LLC and James Little (collectively, the Defendants"), to stay discovery pending resolution of Motion to Dismiss (DN 8), the Court having considered the matter fully and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that discovery is stayed pending resolution of Motion to Dismiss (DN 8).

This _____ day of _____, 2020.

TENDERED BY:


/s/ Elizabeth S. Muyskens
Richard G. Griffith, Esq.
Elizabeth S. Muyskens, Esq.
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY  40507-1801
richard.griffith@skofirm.com
elizabeth.muyskens@skofirm.com
COUNSEL FOR DEFENDANTS


011447.166904/8233548.1