UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

LONNIE RATLIFF

        PLAINTIFF    :    ACTION NO. 7:20-CV-00068-REW-CJS

VS

LOWES HOME IMPROVEMENT, LLC,
LOWES HOME CENTERS, LLC,
and JAMES LITTLE

                      ***ELECTRONICALLY FILED***

        DEFENDANTS

## ORDER

The Court being sufficiently advised, it is hereby ORDERED as follows:

1. This action is REMANDED in its entirety to the Pike Circuit Court from which it was removed; and

2. This matter is STRIKEN from the Court's active docket.

This the _____ day of _____ 2020.

_____
UNITED STATES DISTRICT JUDGE