UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO.: 7:20-CV-00068-REW-CJS

*ELECTRONICALLY FILED*

| | |
|---|---|
| **LONNIE MICHAEL RATLIFF** | **PLAINTIFF** |
| V. | |
| **LOWE'S HOME IMPROVEMENT, LLC**<br>**LOWE'S HOME CENTERS, LLC, and**<br>**JAMES LITTLE** | **DEFENDANTS** |

**REQUEST FOR FEE REFUND**

The Defendants, Lowe's Home Improvement, LLC ("Lowe's Home Improvement"), Lowe's Home Centers, LLC ("Lowe's Home Centers"), and James Little ("Mr. Little"), (hereinafter collectively, the "Defendants"), by counsel, respectfully submit this Request for Fee Refund with respect to the Four Hundred Dollar ($400.00) fee in Receipt No. 0643-4675764.

When attempting to file a Notice of Removal on Thursday, May 21, 2020, counsel encountered a technical failure/docketing error, and did not receive confirmation of filing. These technical failures required re-filing of the document, which is reflected in Receipt No. 0643-4675764. Based upon such facts, the Defendants respectfully seek a refund of the fees for the filing associated with Receipt No. 0643-4675764.

Date:   June 16, 2020.

Respectfully submitted,

/s/ Elizabeth S. Muyskens
Richard G. Griffith
Elizabeth S. Muyskens
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY  40507-1801
Ph: (859) 231-3000
Fax: (859) 253-1093
E-mail: richard.griffith@skofirm.com
elizabeth.muyskens@skofirm.com
COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Request for Fee Refund was electronically filed with the United States District Court, Eastern District of Kentucky, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on this 16th day of June, 2020.

/s/ Elizabeth S. Muyskens
COUNSEL FOR DEFENDANT

011447.166904/8235630.1